# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PECK, ANDREW J. | U.S. District Court, S.D.N.Y. | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978-1995 | Paul, Weiss, Rifkind, Wharton & Garrison Pension Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Cardozo Law School (Adjunct Professor) | $4,000.00 |
| 2. 07/28/2011 | Xerox Corp. (Teaching E-Discovery) | $1,500.00 |
| 3. 09/27/2011 | Sandpiper Partners (Teaching E-Discovery) | $1,500.00 |
| 4. 11/17/2011 | Organization of Legal Professionals (Teaching E-Discovery) | $850.00 |
| 5. 11/28/2011 | Xerox Corp. (Teaching E-Discovery) | $1,500.00 |
| 6. 12/19/2011 | IQPC (Teaching E-Discovery) | $500.00 |
| 7. 12/28/2011 | Nova Office Strategies (Teaching E-Discovery) | $500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/2011 | 12/31/11 N.Y.C. Board of Education - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. CGOC | 1/18-21 | San Francisco, CA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 2. ABA | 2/15-20 | San Francisco, CA | Speaker - ABA Conf.. | Transportation, Lodging & Meals |
| 3. Marcus Evans | 3/23-26 | Fort Lauderdale, FL | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 4. Q1 Productions | 3/27-28 | Boston, MA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 10

**Name of Person Reporting**

**PECK, ANDREW J.**

**Date of Report**

05/14/2012

| 5. | CGOC | 5/1-7 | Zurich, Switzerland | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
|---|---|---|---|---|---|
| 6. | IQPC | 5/8-13 | London, England | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 7. | NYSBA | 5/20-22 | Newport, RI | Bar Association Meeting | Transportation, Lodging & Meals |
| 8. | University of Louisville | 6/22-24 | Louisville, KY | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 9. | CEDF | 7/13-16 | San Francisco, CA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 10. | Carmel Valley E-Discovery Retreat | 7/17-21 | Carmel, CA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 11. | Sedona Conference | 10/5-7 | Austin, TX | E-Disc. Conf. | Transportation, Lodging & Meals |
| 12. | Nuix/Gov't New South Wales | 10/10-20 | Sydney, Australia | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |
| 13. | Georgetown Law School | 11/16-18 | Arlington, VA | Speaker - E-Disc. Conf. | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Treas.Bills/Notes & SvgsBonds | A | Interest | K | T | | | | | |
| 2. NYS, NYC & NYS Subdivs. Bonds | E | Interest | O | T | | | | | |
| 3. Bristol-Myers-Squib (Common Stock) | A | Dividend | J | T | | | | | |
| 4. Century Telephone (Common Stock) | A | Dividend | J | T | Sold (part) | 12/18/11 | J | A | |
| 5. DWS Scudder N.Y. Tax Free Fund | E | Dividend | N | T | | | | | |
| 6. Chase Bank | C | Interest | N | T | | | | | |
| 7. DWS Strategic Value Fund IRA | A | Dividend | J | T | | | | | |
| 8. Eaton (Common Stock) | D | Dividend | N | T | | | | | |
| 9. American Express (Common Stock) | A | Dividend | J | T | | | | | |
| 10. GLAXO (ADRs) | A | Dividend | J | T | | | | | |
| 11. Citibank | A | Interest | K | T | | | | | |
| 12. Smith Barney Money Funds (Western Asset NY Muni Fund) | A | Dividend | J | T | | | | | |
| 13. Dreyfus General NY Bond Fund | B | Interest | L | T | | | | | |
| 14. N.Y.C. Teachers Retirement TDA | D | Interest | O | T | | | | | |
| 15. Astoria Federal IRA | A | Interest | J | T | | | | | |
| 16. Fidelity Puritan IRA | A | Interest | K | T | | | | | |
| 17. Copeland (457) (IRA) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon (common) | A | Dividend | J | T | | | | | |
| 19. Allstate Corp. (common) | A | Dividend | J | T | | | | | |
| 20. Sears Roebuck & Co. (Common) | A | Dividend | | | Sold | 12/18/11 | J | A | |
| 21. Walt Disney Holding (Common) | A | Dividend | K | T | | | | | |
| 22. Time Warner & Time Warner Cable (Common) | A | Dividend | J | T | | | | | |
| 23. Putnam Growth Fund | A | Dividend | J | T | | | | | |
| 24. Hewlett Packard (Common) | A | Dividend | J | T | | | | | |
| 25. McDonald's (Common) (IRA) | A | Dividend | K | T | | | | | |
| 26. Oracle (Common) | A | Dividend | K | T | | | | | |
| 27. Pfizer (Common) | A | Dividend | J | T | | | | | |
| 28. Schwab Vanguard Target Retire.Fund(IRA) | E | Interest | N | T | | | | | |
| 29. Chase (Morgan) Tax Free Money Market | A | Interest | J | T | Sold (part) | 07/29/11 | N | A | |
| 30. Citigroup (Common) | A | Dividend | | | Sold | 12/21/11 | J | A | |
| 31. Putnam Growth Fund (IRA) | A | Interest | J | T | | | | | |
| 32. DWS Scudder S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 33. Eaton Vance Government Obligation Fund | A | Dividend | J | T | | | | | |
| 34. Seligman Communication Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Frontier Communication Co. (Common) | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 36. Coca-Cola (Common) | A | Dividend | J | T | | | | | |
| 37. PIMCO N.Y. Municipal Income Fund | A | Dividend | J | T | | | | | |
| 38. ING Principal Protection Fund (IRA) | A | Dividend | K | T | | | | | |
| 39. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 40. Microsoft | A | Dividend | J | T | | | | | |
| 41. Liberty Global & Liberty Media (Common) | A | Dividend | J | T | | | | | |
| 42. Ameriprise Financial (Common) | A | Dividend | | | Sold | 03/21/11 | J | A | |
| 43. Diamond Trust | A | Dividend | J | T | | | | | |
| 44. Pioneer Municipal High Income | A | Dividend | K | T | | | | | |
| 45. S&P Depository Receipt | A | Dividend | K | T | | | | | |
| 46. Capitol One Bank | D | Interest | O | T | | | | | |
| 47. Ivy Asset Strategy Fund (IRA | A | Dividend | | | Sold | 12/01/11 | J | A | |
| 48. Apple Bank CD | A | Interest | | | Redeemed | 05/15/11 | K | A | |
| 49. Comcast | A | Dividend | J | T | | | | | |
| 50. Discovery Communications | A | Dividend | J | T | | | | | |
| 51. Direct TV | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Soverign Bank Account | A | Interest | J | T | | | | | |
| 53. TD Bank | A | Interest | J | T | | | | | |
| 54. (Pimco) Total Return Annuity | A | Interest | J | T | | | | | |
| 55. Fidelity 4 in 1 Fund | A | Interest | K | T | | | | | |
| 56. Fidelity Asset Mgr. | A | Interest | K | T | | | | | |
| 57. LOMTO Credit Union | A | Interest | L | T | Open | 12/01/11 | L | | |
| 58. Fidelity VIP Strategic Income | A | Dividend | K | T | Buy | 03/29/11 | K | | |
| 59. Yacktman Fund | A | Dividend | L | T | Buy | 03/29/11 | L | | |
| 60. (Fidelity) Permanent Portfolio (IRAF) | A | Interest | K | T | Buy | 03/29/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PECK, ANDREW J. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ANDREW J. PECK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544